# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
Filed: August 31, 2017[1]
Refiled in Redacted Form: February 7, 2018

| | |
|---|---|
| * * * * * * * * * * * * * | PUBLISHED |
| C.B. and C.B., as Best Friends of Their | * |
| Son, E.B., a Minor, * | Chief Special Master Dorsey |
| * | |
| * | No. 08-131V |
| Petitioners, * | |
| * | Denial of Entitlement; Measles, Mumps |
| v. * | & Rubella ("MMR") Vaccine; Hepatitis |
| * | A ("Hep A") Vaccine; Varicella |
| SECRETARY OF HEALTH * | Vaccine; Autistic Disorder ("AD"); |
| AND HUMAN SERVICES, * | Residual Human DNA Fragments; |
| * | HERV-K Fragments; Insertional |
| Respondent. * | Mutagenesis; Autoimmunity. |
| * * * * * * * * * * * * * | |

John F. McHugh, Law Office of John McHugh, New York, NY, for petitioners.
Ryan Daniel Pyles, U.S. Department of Justice, Washington, DC, for respondent.

## DECISION DISMISSING PETITION

On April 24, 2014, petitioners filed a notice of compliance in which they agreed to be bound by the ruling in the J.M. et al. (02-10V) case.

On August 31, 2017, I ruled against petitioners in J. M. et al. A copy of that decision is attached hereto as Appendix A and is incorporated herein.

Accordingly, petitioners are bound by that decision, and this case is **DISMISSED**. In the absence of a motion for review,[2] the Clerk of the Court **SHALL ENTER JUDGMENT** in accordance with this decision.

---

[1] When this decision was originally filed, I advised the parties of my intent to post it on the United States Court of Federal Claims' website, in accordance with the E-Government Act of 2002. 44 U.S.C. §3501 note (2012) (Federal management and Promotion of Electronic Government Services). In accordance with Vaccine Rule 18(b), petitioners filed a motion to redact certain information. This decision is being reissued with minimal changes, including redaction of the petitioners' name in the case caption to initials and redaction of the lead omnibus case name to initials. Except for those changes and this footnote, no other substantive changes have been made.

[2] Pursuant to Vaccine Rule 11(a), entry of judgment is expedited by the parties' joint filing of notice renouncing the right to seek review.

**IT IS SO ORDERED.**

s/Nora Beth Dorsey
Nora Beth Dorsey
Chief Special Master